

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00020-CV

---

City of Dallas, Appellant

v.

Dallas Police and Fire Pension System, Appellee

---

On Appeal from the 353rd District Court
Travis County, Texas
Trial Court No. D-1-GN-24-004948

---

## MEMORANDUM OPINION

On December 15, 2025, the parties filed a joint motion requesting the Court to set aside the trial court's judgment without regard to the merits, dismiss the appeal, and remand the case to the trial court for rendition of an agreed judgment. The motion is signed by counsel for all parties. *See* Tex. R. App. P. 42.1 (a)(2)(B).

The motion is granted. We set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *Id*. Any pending motion is denied as moot. Appellant shall pay the costs of the appeal. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). The Court's mandate will issue with the judgment. Tex. R. App. P. 18.1(c).

GINA M. PALAFOX, Justice

December 18, 2025

Before Salas Mendoza, C.J., Palafox J., Benavides, J. (Senior Judge)
Benavides, J. (Senior Judge), sitting by assignment